# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 209 EAL 2017 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| CARLOS RIVERA, | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 210 EAL 2017 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| CARLOS RIVERA, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.